■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RODRIGUEZ, Appellant. [29 NYS3d 228]—Motion to dismiss granted. Memorandum: The matter is remitted to Erie County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the

District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.